**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Martin Luther WILLIAMS,**
**Defendant–Appellant.**

**No. 14–20171**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Martin Luther Williams moves this court for summary disposition following his guilty plea conviction for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g) and 18 U.S.C.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 924(a)(2). Williams asserts that § 922(g)(1) is unconstitutional on its face and as applied in his case; however, he acknowledges that his arguments have been rejected by this court in *United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001). Williams raises his arguments solely in order to preserve them for possible further review. Given the foregoing, Williams's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.